FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 DEC -8 P 2: 51

UNITED STATES OF AMERICA

v.  CASE NO. 3:08-cr-418-J-32MCR
 18 U.S.C. §704(a), (d)
CHARLES T. WHITE  18 U.S.C. §704(b), (d)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about July 2008 until on or about October 2008, in Duval, St. Johns, and Flagler counties, in the Middle District of Florida, and elsewhere,

CHARLES T. WHITE,

the defendant herein, did knowingly wear a medal authorized by Congress for the Armed Forces of the United States, namely, the Purple Heart medal, in ribbon format, without being authorized to wear the Purple Heart medal under regulations made pursuant to the law.

In violation of Title 18, United States Code, Sections 704(a) and (d).

## COUNT TWO

From on or about July 2008 until on or about December 2008, in Duval, St. Johns, and Flagler counties, in the Middle District of Florida, and elsewhere,

CHARLES T. WHITE,

the defendant herein, did falsely represent himself, verbally, to have been awarded a medal authorized by Congress for the Armed Forces of the United States, namely, the Purple Heart medal.

In violation of Title 18, United States Code, Sections 704(b) and (d).

A. BRIAN ALBRITTON
United States Attorney

By: *[signature]*
Ronald D. DeSantis
Special Assistant United States Attorney

By: *[signature]*
Frank M. Talbot
Assistant United States Attorney
Deputy Chief, Jacksonville Division

2